### 36378. MILLER v. GRIFFIN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED JUNE 17, 1980.

*Clyde M. Thompson, Jr.,* for appellant.
*Andrew J. Ryan, III, District Attorney, Arthur K. Bolton, Attorney General,* for appellee.